UNITED STATES of America,
Plaintiff-Appellant,

v.

Lucille Mitzy Bosco RODGERS, Individually and as surviving spouse of Philip S. Bosco, et al., Defendants-Appellees.

Joerene INGRAM and Laurel A. Bates, Trustee, Plaintiffs-Appellants,

v.

CITY OF DALLAS DEPARTMENT OF HOUSING & URBAN REHABILITATION, et al., Defendants,

---

United States of America, (Internal Revenue Service), Defendant-Appellee.

Nos. 79–3358, 80–1020 and 79–3888.

United States Court of Appeals,

Fifth Circuit.*

Aug. 22, 1983.

Glenn L. Archer, Jr., Asst. Atty. Gen., William S. Estabrook, Wynette J. Hewett, John F. Murr, Michael L. Paup, Chief, Appellate Section, Tax Div., U.S. Dept. of Justice, Washington, D.C., for plaintiff-appellant in Nos. 79–3358 and 80–1020 and defendant-appellee in No. 79–3888.

Ray, Trotti, Hemphill, Meadows & Hahn, William David Elliott, J. Michael Wylie, Dallas, Tex., for defendants-appellees in Nos. 79–3358 and 80–1020.

L. Lynn Elliott, Charles A. Thompson, Dallas, Tex., for plaintiffs-appellants in No. 79–3888.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before CHARLES CLARK, TATE and WILLIAMS, Circuit Judges.

PER CURIAM:

On May 31, 1983, the United States Supreme Court, —— U.S. ——, 103 S.Ct. 2132, 76 L.Ed.2d 236, reversed the decision of this Court in *United States v. Rodgers,* and vacated the decision in *United States v. Ingram.* The cases were remanded to this Court with direction that they be remanded to the district court for further proceedings.

IT IS ORDERED that the cases of *United States v. Rodgers,* 649 F.2d 1117, and *Ingram v. United States,* 649 F.2d 1128, are remanded to the district court for further proceedings consistent with the opinion of the United States Supreme Court dated May 31, 1983.

* Former Fifth Circuit case, Section 9(1) of Public    Law 96–452—October 14, 1980.